PAUL F. UTRECHT (SBN 118658)
UTRECHT & LENVIN, LLP
109 Stevenson Street, 5th Floor
San Francisco, CA 94105
Telephone: (415) 357-0600

Attorneys for Plaintiffs
Elmer A. Seisa and Lenore S. Villaruel
Co-Successor Trustees of the Zoila A. Seisa
Revocable Trust dated November 8, 1993,
as amended on October 3, 2015

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elmer A. Seisa and Lenore S. Villaruel, as Co-Successor Trustees of the Zoila A. Seisa Revocable Trust dated November 8, 1993, as amended on October 3, 2015,<br><br>Plaintiffs,<br><br>v.<br><br>Genail Nemovi, Foreclosure Commissioner; Marcia Fudge, Secretary of the Department of Housing and Urban Development; NOVAD Management Consulting, LLC, a Maryland limited liability company,<br><br>Defendants. | Case No. 2:22-CV-00467-KJM-JDP<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON PRELIMINARY INJUNCTION** |

Plaintiffs have applied *ex parte* for an order to halt the foreclosure sale of the subject real property of this action at 311 Stoddard Way, Auburn, CA 95602 (the "Property"), which auction is set for March 16, 2022 at 10:30 a.m.

Upon review of Plaintiffs' application and good cause appearing therefore, the *ex-parte* application of Plaintiffs is hereby GRANTED.

A temporary restraining order, is issued restraining the Defendants, their agents, attorneys and representatives, and all persons acting in concert or participation with them, from selling, attempting to sell, or causing to be sold the Property either under the power of sale clause

contained in the Deed of Trust or by a Judicial Foreclosure Action; the parcel of real property identified in Plaintiffs' complaint, which is located at 311 Stoddard Way, Auburn, CA 95602 while this action is pending or until further order of the court.

Plaintiffs shall post a $5,000 bond with the Clerk of Court by March 18, 2022.  If Plaintiffs fail to do so, this order shall automatically expire on March 21, 2022.

Defendants and any other affected parties are authorized to apply for modification or dissolution of this Order on two days' notice to Plaintiffs and the other parties, as provided by Local Rule 231 and Federal Rule of Civil Procedure 65(b).

This temporary restraining order shall expire on March 25, 2022, at 5:00 p.m.

An order to show cause hearing is set for March 25, 2022, at 10:00 a.m. in Courtroom 3 before Chief District Judge Kimberly J. Mueller as to why a preliminary injunction should not issue restraining the Defendants, their agents, attorneys and representatives, and all persons acting in concert or participation with them, from selling, attempting to sell, or causing to be sold the Property either under the power of sale clause contained in the Deed of Trust or by a Judicial Foreclosure Action while this action is pending.

Plaintiffs shall serve this order, the Ex Parte Application and Plaintiffs' Motion and supporting papers by March 16, 2022 on all Defendants.

Defendants shall file any papers opposing the motion by March 21, 2022.

The court will hear replies orally at the March 25th hearing.

IT IS SO ORDERED.

Dated:  March 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE