PAUL F. UTRECHT (SBN 118658)
UTRECHT & LENVIN, LLP
109 Stevenson Street, 5th Floor
San Francisco, CA 94105
Telephone: (415) 357-0600

Attorneys for Plaintiffs
Elmer A. Seisa and Lenore S. Villaruel
Co-Successor Trustees of the Zoila A. Seisa
Revocable Trust dated November 8, 1993,
as amended on October 3, 2015

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elmer A. Seisa and Lenore S. Villaruel, as Co-Successor Trustees of the Zoila A. Seisa Revocable Trust dated November 8, 1993, as amended on October 3, 2015,<br><br>　　Plaintiffs,<br><br>v.<br><br>Genail Nemovi, Foreclosure Commissioner; Marcia Fudge, Secretary of the Department of Housing and Urban Development; NOVAD Management Consulting, LLC, a Maryland limited liability company,<br><br>　　Defendants. | Case No. 2:22-CV-00467-KJM-JDP<br><br>**ORDER RE STIPULATION BY PLAINTIFFS AND DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT REGARDING TRO AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

Upon review of Plaintiffs' and Defendant HUD's stipulation, and good cause appearing, the Court hereby orders:

1. HUD will postpone any foreclosure sale of the real property of this action located at 311 Stoddard Way, Auburn, CA (the "Property") for 60 days from the date of execution of the parties' stipulation. HUD's agreement to postpone the sale for 60 days does not prohibit HUD from providing/recording notice of a foreclosure sale of the Property before the 60 days.

/////

/////

2. Plaintiffs agree that if they fail to fully satisfy the balance of the loan due to HUD on the Property within 60 days from execution of the parties' Stipulation, they will not further contest, through legal action, or otherwise, HUD's sale of the Property.

3. The Court dissolves its March 15, 2022 Temporary Restraining Order (ECF No. 6) and vacates the Order to Show Cause hearing, currently set for March 25, 2022.

4. The parties shall file a Joint Status Report notifying the court of the status of the case and whether a schedule needs to be set no later than May 6, 2022.

IT IS SO ORDERED.

DATED: March 18, 2022.

CHIEF UNITED STATES DISTRICT JUDGE