UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elmer A. Seisa and Lenore S. Villaruel, as Co-Successor Trustees of the Zoila A. Seisa Revocable Trust dated November 8, 1993, as amended on October 3, 2015,<br><br>Plaintiffs,<br><br>v.<br><br>Genail Nemovi, Foreclosure Commissioner; Marcia Fudge, Secretary of the Department of Housing and Urban Development; NOVAD Management Consulting, LLC, a Maryland limited liability company,<br><br>Defendants. | No. . 2:22-CV-00467-KJM-JDP<br><br>ORDER |

Plaintiffs posted a $5,000 bond for a Temporary Restraining Order. The parties have since stipulated to the dissolution of the TRO, ECF No. 12, which the court granted, ECF No. 13. Thus, the court orders the Clerk of Court to release the $5,000 to plaintiffs. Plaintiff's counsel is ordered to provide the Clerk of Court with an appropriate address to return the funds within seven days.

IT IS SO ORDERED.

DATED: April 12, 2022.

CHIEF UNITED STATES DISTRICT JUDGE